## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE No.  0:19-cv-62209-DPG

ALEXANDRIA CONWAY,

    Plaintiff,

vs.

NATIONWIDE RECOVERY SYSTEMS, LTD.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ALEXANDRIA CONWAY, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: November 12, 2019

                                  Respectfully Submitted,

                                  /s/ Jibrael S. Hindi
                                **JIBRAEL S. HINDI, ESQ.**
                                Florida Bar No.: 118259
                                E-mail:  jibrael@jibraellaw.com
                                **THOMAS J. PATTI, ESQ.**
                                Florida Bar No.: 118377
                                E-mail:  tom@jibraellaw.com
                                The Law Offices of Jibrael S. Hindi
                                110 SE 6th Street, Suite 1744
                                Fort Lauderdale, Florida 33301
                                Phone:    954-907-1136
                                Fax:        855-529-9540

                                *COUNSEL FOR PLAINTIFF*

.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                Respectfully Submitted,

                 /s/ Thomas J. Patti                              .
                **THOMAS J. PATTI, ESQ.**
                Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com